1

2

3                                                       O

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   ALBERT ALVIAR, an            )   Case No. CV 10-07966 DDP (FMOx)
     individual; ELIZABETH        )
12   ALVIAR, an individual,       )   **ORDER DENYING PLAINTIFFS' MOTION**
                                   )   **TO REMAND CASE TO SUPERIOR COURT**
13                 Plaintiff,     )   **OF CALIFORNIA**
                                   )
14      v.                         )   [Motion filed on October 28,
                                   )   2010]
15   WELLS FARGO HOME MORTGAGE     )
     business entity unknown;      )
16   FIRST AMERICAN LOANSTAR       )
     TRUSTEE SERVICES, business    )
17   entity unknown,               )
                                   )
18                 Defendants.     )
                                   )
19   _____ )

20        Presently before the court is Albert and Elizabeth Alviar's

21   (collectively "Plaintiffs") Motion to Remand Case to Superior Court

22   of California.  Plaintiffs argue that Defendant Wells Fargo Home

23   Mortgage is a citizen of California, and, therefore, the parties

24   are non-diverse and this court lacks subject matter jurisdiction

25   over this dispute.  After reviewing the parties' moving papers and

26   arguments, the court denies Plaintiffs' motion.

27        The court finds that complete diversity exists and Plaintiffs

28   pleaded an amount in controversy in excess of the statutory

minimum.  Therefore, this court has subject matter jurisdiction.
Specifically, Plaintiffs are citizens of the State of California
and, pursuant to 28 U.S.C. § 1348, Defendant Wells Fargo Home
Mortgage is a citizen of South Dakota.  <u>See</u> <u>Wachovia Bank v.</u>
<u>Schmidt</u>, 546 U.S. 303, 307 (2006) (explaining that "a national
bank, for § 1348 purposes, is a citizen of the State in which its
main office, as set forth in its articles of association, is
located").  Accordingly, the case was properly removed, the court
has subject matter jurisdiction on the basis of diversity of
citizenship, and the court shall retain jurisdiction.  <u>See</u> 28
U.S.C. § 1332.

     For the foregoing reasons, Plaintiffs' motion to remand is
DENIED.



IT IS SO ORDERED.



Dated: December 3, 2010

                                   DEAN D. PREGERSON
                                   United States District Judge